UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 20- 30043 |
| | ) |
| v. | ) VIO: |
| | ) Title 18, United States Code, |
| JAMES RUSSWINKEL, | ) Sections 922(g), 924(a)(2) |
| | ) Title 18, United States Code, |
| Defendant. | ) Section 924(c) |
| | ) Title 21, United States Code, |
| | ) Section 841(a)(1), (b)(1)(B) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
(Possession by Prohibited Person)

On or about May 8, 2020, in Sangamon County, in the Central District of Illinois,

**JAMES RUSSWINKEL,**

the defendant herein, knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, being a Citadel semi-automatic pistol bearing serial number CIT062587, and nine rounds of 9mm ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1), and 924(a)(2).

## COUNT TWO
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about May 8, 2020, in Sangamon County, in the Central District of Illinois,

**JAMES RUSSWINKEL,**

the defendant herein, did knowingly possess a firearm, being a Citadel semi-automatic pistol bearing serial number CIT062587, in furtherance of a drug trafficking crime as charged in Count Three of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT THREE
(Possession with the Intent to Distribute a Controlled Substance)

On or about May 8, 2020, in Sangamon County, in the Central District of Illinois,

**JAMES RUSSWINKEL,**

the defendant herein, knowingly and intentionally possessed with intent to distribute five grams or more of methamphetamine (actual), a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

**FORFEITURE ALLEGATION**

1. The allegations contained in Counts 1 through 3 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offenses set forth in Counts 1 and 2 of this Indictment the defendant,

**JAMES RUSSWINKEL,**

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offenses, including, but not limited to: a Citadel semi-automatic pistol bearing serial number CIT062587 and nine rounds of 9mm ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL,

s/Foreperson

FOREPERSON

s/John C. Milhiser

_____
JOHN C. MILHISER
UNITED STATES ATTORNEY
TKJ

4